UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WILLIAM LAFAYETTE MONDY,

    Plaintiff,

vs.                                                        Case No. 8:13-cv-02545-T-27TGW

CLAFLIN UNIVERSITY et al.,

    Defendants.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation (Dkt. 4) from the Magistrate Judge recommending that the Complaint (Dkt. 1) be dismissed without prejudice and the Application to Proceed in District Court Without Prepaying Fees or Costs (Dkt. 2) be deferred pending the filing of an amended complaint. No objections to the Report and Recommendation have been filed, and the time for filing such objections has elapsed.

A district court may accept, reject or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). In the absence of specific objections, there is no requirement that factual findings be reviewed *de novo*, and the court may accept, reject or modify, in whole or in part, the findings and recommendations. § 636(b)(1)(C); *Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993). Legal conclusions are reviewed *de novo*, even in the absence of an objection. *See LeCroy v. McNeil*, 397 Fed. Appx. 554, 556 (11th Cir. 2010) (citing *United States v. Warren*, 687 F.2d 347, 348 (11th Cir. 1982)); *Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994).

1

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving *de novo* review to matters of law, the Report and Recommendation (Dkt. 4) is **APPROVED** and **ADOPTED** for all purposes, including for appellate review. The Complaint (Dkt. 1) is **DISMISSED** *without prejudice* for failure to state a claim on which relief may be granted pursuant to Federal Rule of Civil Procedure 12(b)(6). Plaintiff is **GRANTED** leave to file an amended complaint within **twenty-one (21) days** of the date of this Order. Failure to allege facts showing a plausible claim for relief will result in dismissal of this case **without further notice**. The Application to Proceed in District Court Without Prepaying Fees or Costs (Dkt. 2) is **DEFERRED** pending the filing of an amended complaint.

**DONE AND ORDERED** this 5th day of November, 2013.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Plaintiff