UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WILLIAM LAFAYETTE MONDY,

    Plaintiff,

vs.                                           Case No. 8:13-cv-02545-T-27TGW

CLAFLIN UNIVERSITY et al.

    Defendants.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation (Dkt. 7) from the Magistrate Judge recommending that the Motion for Leave to Proceed *In Forma Pauperis* (Dkt. 2) be denied, and the case dismissed without prejudice due to improper venue. No objections have been filed and the time for filing such objections has now elapsed.

A district court may accept, reject or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). In the absence of specific objections, there is no requirement that factual findings be reviewed *de novo*, and the court may accept, reject or modify, in whole or in part, the findings and recommendations. § 636(b)(1)(C); *Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993). Legal conclusions are reviewed *de novo*, even in the absence of an objection. *See LeCroy v. McNeil*, 397 Fed. Appx. 554, 556 (11th Cir. 2010) (citing *United States v. Warren*, 687 F.2d 347, 348 (11th Cir. 1982)); *Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994).

After conducting a careful and complete review of the findings, conclusions, and recommendations, and giving *de novo* review to matters of law, the Report and Recommendation (Dkt. 7) is **APPROVED** and **ADOPTED** for all purposes, including for appellate review. The

1

Motion for Leave to Proceed *In Forma Pauperis* (Dkt. 2) is **DENIED**. This case is **DISMISSED** *without prejudice* due to improper venue. The Clerk is directed to **TERMINATE** all pending motions and to **CLOSE** the file.

**DONE AND ORDERED** this 7th day of January, 2014.

/s/ JAMES D. WHITTEMORE
**JAMES D. WHITTEMORE**
United States District Judge

Copies to: Counsel of record